IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CV495 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| $90,000 IN U.S. CURRENCY; | ) | |
| MANUEL RAZO, CLAIMANT, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Nancy Svoboda, counsel for plaintiff, on behalf of the parties,

**IT IS ORDERED:**

1. On or before **July 6, 2005,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The June 7, 2005 final pretrial conference, and the non-jury trial are cancelled upon the representation that this case is settled.

Dated: June 6, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge