FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JUN 21 PM 4:00

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:04CV495 |
| ) | |
| $90,000.00 IN UNITED STATES ) | ORDER |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 21st day of June, 2005 this matter comes on before the Court upon the Stipulation of the parties (Filing No. 24). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. Thirty thousand dollars of the Defendant property should be returned to the Claimant, Manuel Razo, by delivering the same to the trust account of his attorney of record, Ernest H. Addison, Jr.

2. Pursuant to this Court's Order dated October 12, 2004 (Filing No. 6), the United States Marshal for the District of Nebraska ("Marshal") has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on December 12, 2004 (Filing No. 13). In response to said published notice, no person or entity has filed a Petition setting forth any legal or equitable interest in the Defendant property.

3. The balance of the Defendant property, viz., $60,000.00, should be forfeited to the United States.

4. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation (Filing No. 24) is hereby approved.

B. Thirty thousand dollars of the Defendant property shall be returned to the Claimant, Manuel Razo, by delivering the same to his attorney of record, Ernest H. Addison, Jr. The Marshal shall deliver said amount by making payment to the Ernest H. Addison, Jr. Trust Account.

C. Pursuant to this Court's Order dated October 12, 2004 (Filing No. 6), the Marshal has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on December 6, 2004 (Filing No. 13). No person or entity has filed a Petition, in response to said published notice, setting forth any legal or equitable interest in the subject property.

D. The remaining Defendant property, viz., $60,000.00 in United States Currency, is hereby forfeited to the United States. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

E. The Marshal shall dispose of said $60,000.00 in United States Currency in accordance with law.

F. Upon Mr. Addison's receipt of the $30,000.00 in United

States Currency, as mentioned above, Mr. Addison shall file a Receipt for said amount. Upon the filing of said Receipt, this Court shall enter a Judgment in this action.

BY THE COURT:

_____
LAURIE SMITH-CAMP
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

NANCY A. SVOBODA   (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


Approved as to form and content:

$90,000.00 IN UNITED STATES
CURRENCY, Defendant, and
MANUEL RAZO, Claimant


By: _____
ERNEST H. ADDISON, JR. (#19765)
Attorney at Law
6842 Pacific Street
Omaha, Nebraska 68106
(402) 558-0902

3