```
                                              FILED
                                        U.S. DISTRICT COURT
                                        DISTRICT OF NEBRASKA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

05 JUL -6  PM 1:07

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 8:04CV495 |
| $90,000.00 IN UNITED STATES CURRENCY, | ) JUDGMENT |
| Defendant. | ) |

IN ACCORDANCE with the parties' Stipulation filed June 21st, 2005 (Filing No. 24), Judgment is entered herein for the Plaintiff, United States of America, in the amount of $60,000.00.

DATED this 6th day of July, 2005.

BY THE COURT:

_____
LAURIE SMITH CAMP
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:

NANCY A. SVOBODA  (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Approved as to form and content:

$90,000.00 IN UNITED STATES
CURRENCY, Defendant, and
MANUEL RAZO, Claimant

By: _____
ERNEST H. ADDISON, JR. (#19765)
Attorney at Law
6842 Pacific Street
Omaha, Nebraska 68106
(402) 558-0902